UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RICK D. WEBER,<br><br>       Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant. | Civil No. C11-1124-JLR-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 9, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 23, 2011, to file a reply brief.

DATED this <u>9th</u> day of November, 2011.

Mary Alice Theiler
United States Magistrate Judge

Page 1        ORDER - [C11-1124-JLR-MAT]

1

Presented by:

2

s/ Mathew W. Pile

3  MATHEW W. PILE
Special Assistant U.S. Attorney

4  Office of the General Counsel
Social Security Administration

5  701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

6  Telephone: (206) 615-3760
Fax: (206) 615-2531

7  mathew.w.pile@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23