UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK D. WEBER, | ) |
| | ) CASE NO. C11-1124-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of his application for Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 19.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a de novo hearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g); (2) re-assess the medical evidence of record, including but not limited to the opinions of Guthrie Turner, M.D.;

(3) re-assess plaintiff's credibility and residual functional capacity; and (4) obtain evidence from a vocational expert. The parties also stipulate that plaintiff may submit additional evidence and arguments to the ALJ on remand, that plaintiff may appear and testify at a supplemental hearing, and that any other aspects of the ALJ's prior decision not specifically addressed here are not affirmed. Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 7th day of December, 2011.

Mary Alice Theiler
United States Magistrate Judge