FILED ——— ENTERED
——— LODGED ——— RECEIVED

DEC - 8 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

11-CV-01124-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICK D. WEBER,                          )
                                        )   CASE NO. C11-1124-JLR
         Plaintiff,                     )
                                        )
    v.                                  )
                                        )   ORDER OF REMAND
MICHAEL J. ASTRUE,                      )
Commissioner of Social Security,        )
                                        )
         Defendant.                     )
                                        )

The parties filed a stipulated motion to reverse and remand this case for further

administrative proceedings.  (Dkt. 19.)  It is therefore ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court REVERSES and REMANDS this matter for further administrative

        proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

    (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 8ᵗʰ day of ___December___, 2011.



_____
JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1